# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

|  |  |  |
|---|---|---|
| | : | |
| Thomas Martino, | : | |
| | : | Civil Action No.:  2:16-cv-00021-DEJ |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Boost Mobile, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Thomas Martino ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 9, 2016

Respectfully submitted,

By /s/ Amy L. Cueller

Amy L. Cueller, Esq. #15052-49
LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller _____

Amy L. Cueller